UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P. B. et al.,

                Plaintiffs,

-against-

New York City Department of Education,

                Defendant.



1:21-cv-04612 (JMF) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, June 17, 2021, at 10:00 a.m. EDT to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             June 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge