UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                   :

P. B. et al.,                            :

                      Plaintiffs,      :

                                   :        21-CV-4612 (JMF) (SDA)

      -v-                      :

                                   :             ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                   :

                      Defendant.      :

                                   :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's Order dated May 24, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 2.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on June 25, 2021.  *See* ECF No. 15.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 20, 2021.**

        SO ORDERED.

Dated: September 13, 2021
       New York, New York            _____
                                     JESSE M. FURMAN
                                  United States District Judge