USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.B. et al.,

                    Plaintiffs,

-against-

New York City Department of Education,

                    Defendant.

1:21-cv-04612 (JMF) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, January 6, 2022, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
             December 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge